THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRITTA RISNER,<br><br>      Plaintiff,<br><br> v.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY,<br><br>      Defendant. | NO. 2:23-cv-00235-LK<br><br>JOINT PROPOSED JUDGMENT |

  The parties have reviewed the Court's Order granting in part Plaintiff's motion for judgment and denying Defendant's motion for judgment, D.E. #29, and have agreed on the following proposed terms for the Court's Judgment:

  The Court has reviewed the evidence and the parties' arguments. Based on the Court's findings of fact and conclusions of law as stated in its Order (D.E. #29),
IT IS HEREBY ORDERED AND ADJUDGED THAT:

  1. Defendant Metropolitan Life Insurance Company's denial of Plaintiff Britta Risner's claim for disability insurance benefits be overturned, and that Plaintiff be awarded past-due benefits and interest for the remainder of the policy's "own

JOINT PROPOSED JUDGMENT   1   **Evergreen Disability Law**
Case No. 2:23-cv-00235-LK                465 NE 181st Ave, No. 500
                                  Portland, Oregon 97230
                                  (503) 754-9233

occupation" period, from March 10, 2021, to March 19, 2022, in the total amount of $40,000;

2. Defendant shall pay an additional $27,000 towards Plaintiff's attorney fees and costs, resolving Plaintiff's claims to the same; and

3. Defendant shall reopen Plaintiff's LTD claim to consider whether she is entitled to benefits beyond March 19, 2022 for disability from "any occupation," pursuant to the terms of the LTD policy, and shall follow all ERISA claim regulations for an initial disability claim decision when considering this issue;

4. Furthermore, the Court's Order (D.E. #29) shall also be unsealed and made available on the public docket as an unpublished opinion.

RESPECTFULLY SUBMITTED this 21st day of April, 2025.

                                                                          EVERGREEN DISABILITY LAW

                                                                          BY: *s/Jeremy L. Bordelon*

*Attorney for Plaintiff Britta Risner*        Jeremy L. Bordelon, WSBA No. 53118
                                                                           Evergreen Disability Law
                                                                          465 Northeast 181st Avenue, No. 500
                                                                          Portland, Oregon 97230
                                                                          (503) 888-9331
                                                                          jeremy@evergreendisability.com

                                                                        GORDON REES SCULLY MANSUKHANI, LLP

                                                                        BY: *s/Sally S. Kim*

*Attorneys for Defendant*                    Sally S. Kim, WSBA #35289
                                                                        Gordon Rees Scully Mansukhani, LLP
                                                                        701 Fifth Avenue, Suite 2100
                                                                        Seattle, WA 98104
                                                                        Telephone: (206) 695-5100
                                                                        Fax: (206) 689-2822
                                                                        Email: sallykim@grsm.com

JOINT PROPOSED JUDGMENT          2          **Evergreen Disability Law**
Case No. 2:23-cv-00235-LK                                            465 NE 181st Ave, No. 500
                                                                                  Portland, Oregon 97230
                                                                                  (503) 754-9233