# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| BRITTA RISNER,<br><br>                    Plaintiff,<br>     v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-CV-00235-LK |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

For the reasons stated in the Court's May 5, 2025 Order, Dkt. No. 33, the Court has ordered that judgment be entered in favor of Plaintiff and against Defendant, and that:

1. Defendant Metropolitan Life Insurance Company's denial of Plaintiff Britta Risner's claim for disability insurance benefits be overturned, and that Plaintiff be awarded past-due benefits and interest for the remainder of the policy's "own occupation" period, from March 10, 2021, to March 19, 2022, in the total amount of $40,000;

2. Defendant shall pay an additional $27,000 towards Plaintiff's attorney fees and costs, resolving Plaintiff's claims to the same;

3. Defendant shall reopen Plaintiff's long term disability ("LTD") claim to consider whether she is entitled to benefits beyond March 19, 2022 for disability from "any occupation," pursuant to the terms of the LTD policy, and shall follow all ERISA claim regulations for an initial disability claim decision when considering this issue; and

//

//

4. The Clerk shall unseal docket entry 29, the Court's March 31, 2025 Order Granting in Part and Denying in Part Risner's Motion for Judgment on the Record and Denying MetLife's Motion for Judgment on the Record.

Dated May 5, 2025.

Ravi Subramanian
Clerk of Court

/s/Natalie Wood
Deputy Clerk
